**Order entered December 1, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00923-CV**

**CURTIS MAYS, Appellant**

**V.**

**PIPER HUNN, TRISHA MOORE AND**
**RED DOG PROPERTIES, LLC, Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04535-C**

**ORDER**

On November 16, 2020, this Court ordered court reporter Janet Wright to file by November 25, 2020, a supplemental reporter's record containing the exhibits admitted in evidence at the trial of this case. As of the date of this order, Ms. Wright has not filed the supplemental reporter's record. We **ORDER** Janet Wright to file a supplemental reporter's record containing the exhibits admitted at the trial by December 8, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Wright and the parties.

/s/    LESLIE OSBORNE  
         PRESIDING JUSTICE